## Joseph Lancy, Appellee, v. James Rosenberg, Appellant.

### Gen. No. 42,216.

Heard in first division, first district, this court at April term, 1942; opinion filed November 30, 1942; rehearing denied December 14, 1942. Harold Levy, for appellant; Lawrence S. Jacobson, of counsel; John V. Clinnin, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''

## Anna Delach, Appellant, v. George A. Schuberth, Appellee.

### Gen. No. 42,128.

Heard in first division, first district, this court at February term, 1942; opinion filed November 30, 1942. Louis G. Davidson, E. Anne Mazur and Ryan, Sinnott & Miller, for appellant; Thomas M. Morris, for appellee. Opinion by JUSTICE McSURELY. ''Not to be published in full.''